**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7982**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ROBERT LEE SAUNDERS, a/k/a RJ,

                Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:10-cr-00018-FPS-JSK-1)

Submitted:  April 21, 2016          Decided:  April 26, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee Saunders, Appellant Pro Se.  John Castle Parr, Tara Noel Tighe, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Saunders appeals the district court's order denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c) (2012) and Amendment 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Saunders, No. 5:10-cr-00018-FPS-JSK-1 (N.D.W. Va. Nov. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2